UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Criminal No. 7:25-mj-30075 |
| § | |
| ADRIAN ALBERTO CASTILLO- § | |
| CONTADOR § | |

## CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about June 16, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ADRIAN ALBERTO CASTILLO-CONTADOR**

did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with J.P., an Border Patrol agent, while he was engaged in his official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

Matthew Phelps
Assistant United States Attorney